IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 19-CR-1015 |
| vs. | ) |
| CHRISTIAN M. DELATORRE, | ) DEFENDANT'S SENTENCING MEMORANDUM |
| Defendant. | ) |

Christian M. Delatorre, through counsel, hereby submits the following sentencing memorandum for the sentencing set at 9:30 a.m. on April 20, 2020.

### I. Witnesses

Mr. Delatorre does not anticipate calling any witnesses at the sentencing hearing.

### II. Exhibits

Mr. Delatorre anticipates submitting these exhibits at the sentencing hearing:

A.  Letter from RoseAnna Abell

B.  Letter from Ian Kauffman

### III. Issues

The presentence report identified one potential issue to be resolved at the sentencing hearing; whether the Court should depart upward pursuant to USSG § 3A1.21,[1] Official Victim, since Donald Trump is the victim. However, the government will not be seeking this enhancement. Further, Mr. Delatorre will not be requesting a downward variance. The parties

---

[1] The presentence report erroneously cited USSG § 3A1.3 as the appropriate section.

1

will each request a sentence within Mr. Delatorre's guidelines range.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/ Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on April 13, 2020, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
By:   /s/ Angie McClain